1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
SHARLA CERRA  (CSB #187176)
4 Assistant United States Attorney
     Federal Building Suite 7516
5      300 North Los Angeles Street
     Los Angeles, California
6      Tel. 213 894-6117
     FAX:  213 894-7819
7      Email:  Sharla.Cerra@usdoj.gov

8 Attorneys for Defendant Commissioner Astrue

FILED
CLERK, U.S. DISTRICT COURT

JUL 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

9         UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
              WESTERN DIVISION
11

12 MAGDALENA HERNANDEZ,    )   CV 07-8177 RC
                      )
13       Plaintiff,          )
                      )
14       v.               )
                      )
15 MICHAEL J. ASTRUE, Commissioner )  ~~[PROPOSED]~~ ORDER OF REMAND
of Social Security,         )
16                       )
      Defendant.        )
17                       )

18

19      Based upon the parties' Stipulation to Voluntary Remand Pursuant to

20 Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for

21 Remand"), and for cause shown, IT IS ORDERED that the above-captioned action

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

1    is remanded to the Commissioner of Social Security for further proceedings consistent with

2    the terms of the Stipulation for Remand, pursuant to sentence four, 42 U.S.C. §405 (g).

3

4    Dated: 7/15/08

5                              /s/ Rosalyn M. Chapman

6                              ROSALYN M. CHAPMAN
                               UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28